# Exhibit 1

NAILAH K. BYRD
1200 ONTARIO
CLEVELAND, OH 44113

Case# CV26144573

9214 8903 0179 8217 2512 74

DELTA AIR LINES, INC
1030 DELTA BOULEVARD
ATLANTA GA 303540000

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

MORDECHAI EISENBACH
**Plaintiff**

**V.**

DELTA AIR LINES, INC
**Defendant**

**CASE NO.** CV26144573

**JUDGE** NANCY MARGARET RUSSO

## SUMMONS

SUMC CM

**Notice ID:** 61630076

From: MORDECHAI EISENBACH
2619 MILTON ROAD
UNIVERSITY HEIGHTS OH 44118
P1

Atty.: MORDECHAI EISENBACH
2619 MILTON ROAD
UNIVERSITY HEIGHTS, OH 44118

To: DELTA AIR LINES, INC
1030 DELTA BOULEVARD
ATLANTA GA 30354-0000
D1

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY · OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 08/13/2026

By____________________
**Deputy**

CMSN130

# Cuyahoga County Clerk of Courts
Nailah K. Byrd

**Multilingual Notice:**

You have been named as a defendant in this Court. You must file an answer within 28 days; if you fail to answer, the Court may enter judgment against you for the relief stated in the Complaint. Seek assistance from both an interpreter and an attorney. Your inability to understand, write, or speak English will not be a defense to possible judgment against you.

1. **Spanish (US)**
***Aviso multilingüe:

Este Tribunal lo ha declarado como acusado. Debe presentar una respuesta en un plazo de 28 días. Si no contesta en dicho plazo, el Tribunal podrá dictar sentencia en su contra por el amparo que se detalla en la demanda. Solicite la ayuda de un intérprete y de un abogado. Su incapacidad para comprender, escribir o hablar inglés no se considerará como defensa ante una posible sentencia en su contra.

2. **Somali**
***Ogeysiis luqadda badan ah:

Waxaa laguu magacaabay sida eedeysane gudaha Maxkamadan. Waa in aad ku soo gudbisaa jawaab 28 maalmood gudahood; haddii aad ku guuldareysto jawaabta, Maxkamada laga yaabo in ay gasho xukun adiga kaa soo horjeedo ee ka nasashada lagu sheegay Cabashada. Raadi caawinta ka timid labadaba turjubaanka iyo qareenka. Karti la'aantaada aad ku fahmo, ku qoro, ama ku hadasho Af Ingiriisiga ma noqon doonto difaacida xukunkaaga suuralka ah ee adiga kugu lidka ah.

3. **Russian**
***Уведомление на разных языках:

Вы были названы в качестве ответчика в данном суде. Вы должны предоставить ответ в течение 28 дней; если Ваш ответ не будет получен, суд может вынести решение против Вас и удовлетворить содержащиеся в жалобе требования. Воспользуйтесь услугами переводчика и адвоката. Тот факт, что Вы не понимаете английскую речь и не можете читать и писать по-английски, не является препятствием для возможного вынесения судебного решения против Вас.

4. **Arabic**
***ملاحظة متعددة اللغات:

لقد تم اعتبارك مدعى عليه في هذه المحكمة. يجب أن تقدم ردا خلال 28 يوما؛ وإذا لم تقم بالرد، فقد تصدر المحكمة حكما ضدك بالتعويض المنصوص عليه في هذه الشكوى القضائية. اطلب المساعدة من مترجم فوري ومحام. فلن تعد عدم قدرتك على فهم اللغة الإنجليزية أو كتابتها أو تحدثها دفاعا لك أمام الحكم المحتمل ضدك.

5. **Chinese (Simplified)**
***多語版本通知：

您在本法庭已被列为被告。您必须于 28
日内递交答辩状；如果没有递交答辩状，法庭会针对诉状中声明的补救措施对您作出不利判决。请向口译人员和
律 师寻求帮助。您无法理解、书写或说英语的情况不能作为对您可能作出不利判决的辩护理由。

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**August 13, 2026 00:49**

Confirmation Nbr. 3944998

MORDECHAI EISENBACH

vs.

DELTA AIR LINES, INC

CV 26 144573

**Judge:** NANCY MARGARET RUSSO

**Pages Filed:** 10

**IN THE COURT OF COMMON PLEAS**

**CUYAHOGA COUNTY, OHIO**

**GENERAL DIVISION**

**MORDECHAI EISENBACH**
**2619 Milton Road**
**University Heights, OH 44118**

**Plaintiff**

**v.**

**DELTA AIR LINES, INC.**
**1030 Delta Boulevard**
**Atlanta, Georgia 30354-1989**

**Defendant**

**COMPLAINT AND JURY DEMAND**

**I, Mordechai Eisenbach, proceeding pro se, bring this action against Delta Air Lines, Inc. and state as follows.**

**PARTIES**

**1. I am a resident of Cuyahoga County, Ohio.**

**2. Delta Air Lines, Inc. is a commercial air carrier conducting business throughout the United States.**

**JURISDICTION AND VENUE**

**3. I seek monetary damages exceeding $15,000 and therefore bring this action in the Cuyahoga County Court of Common Pleas.**

**4. I reside in Cuyahoga County, Ohio.**

**5. I allege that this Court has jurisdiction over Delta and that venue is proper in Cuyahoga County under applicable Ohio law.**

**FACTUAL ALLEGATIONS**

**6. On April 16, 2024, I traveled on Delta Flight DL1962 from Cancun to Atlanta.**

**7. During this travel, Delta failed to properly provide the wheelchair assistance reflected on my reservation.**

**8. I subsequently complained directly to Delta concerning what occurred.**

**9. Delta opened Case # 09894469 and reviewed the incident.**

**10. Delta initially apologized and offered me only a $75 electronic transportation credit.**

**11. I rejected the $75 offer and made clear to Delta that such an offer was insulting and wholly inadequate considering the seriousness of what had occurred.**

**12. I demanded that Delta properly investigate the incident rather than attempt to resolve the matter with a $75 travel credit.**

**13. Delta subsequently investigated the incident.**

**14. On April 28, 2024, Delta sent me a written response setting forth the findings of its investigation.**

**15. Delta acknowledged that wheelchair assistance was reflected on my reservation.**

**16. Delta expressly acknowledged that providing the assistance was its responsibility.**

**17. Most significantly, Delta expressly stated in writing**

**«"It was our responsibility to provide assistance to and from the the door of the aircraft. As a result, our investigation show a violation of 14CFR, Part 382 occurred."»**

**18. Delta therefore did not merely apologize or acknowledge that I was dissatisfied. Delta conducted its own investigation and expressly determined that a violation had occurred.**

**19. Delta further acknowledged that it "could have done a much better job" in handling the incident.**

**20. Delta informed me that appropriate action would be taken through education and counseling to ensure that a similar incident would not occur again.**

**21. Delta further informed me that the matter was being addressed with its Inflight Leadership team and the vendor at the airport.**

**22. Despite Delta's own investigation, acknowledgment of responsibility, and written finding that a violation occurred, Delta failed to provide meaningful compensation.**

**23. Instead, Delta offered only $75 and subsequently stated that it was unable to honor my request for additional compensation.**

**24. I have attached the relevant email correspondence between Delta and me as exhibits to this Complaint.**

**25. These emails are particularly significant because they contain Delta's own written acknowledgment of its responsibility and the findings of its own investigation.**

**26. The evidence attached to this Complaint therefore does not consist merely of my allegations. It includes Delta's own written admission concerning its wrongdoing.**

**COUNT I**

**NEGLIGENCE**

**27. I incorporate all preceding allegations into this Count.**

**28. Delta owed duties to me in connection with the air transportation and assistance it undertook to provide.**

**29. Delta failed to properly perform those duties.**

**30. Delta itself acknowledged that providing the assistance was its responsibility.**

**31. Delta's own investigation determined that a violation of 14 C.F.R. Part 382 occurred.**

**32. I rely upon Delta's written acknowledgment and investigative findings as evidence concerning Delta's conduct and breach.**

**33. I do not assert 14 C.F.R. Part 382 itself as an independent private cause of action for monetary damages.**

**34. As a direct and proximate result of Delta's acts and omissions, I suffered damages for which Delta is responsible.**

**DAMAGES AND DEMAND FOR RELIEF**

**35. This action is supported not simply by my version of events, but by Delta's own written findings following its investigation.**

**36. Delta expressly acknowledged its responsibility and expressly stated that its investigation found that a violation of federal regulations had occurred.**

**37. Nevertheless, Delta attempted to compensate me with only a $75 travel credit and refused my request for additional compensation.**

**38. Considering the seriousness of Delta's conduct, its own findings, and the damages arising from the incident, I seek judgment against Delta Air Lines, Inc. in the amount of $500,000.**

**I have attached and incorporated as exhibits the email correspondence between Delta Air Lines and me concerning this incident. These emails are particularly significant because they contain Delta's own written acknowledgment of its responsibility and the findings of its own investigation. Delta expressly stated that providing the wheelchair assistance was its responsibility and that its investigation found that "a violation of 14CFR, Part 382 occurred." The attached evidence therefore includes Delta's own written admission of wrongdoing, not merely my allegations.**

**In addition to the $500,000, I am demanding that Delta grant Delta 360° Status to both myself and my wife as additional relief for what we experienced. My wife accompanied me on this trip, personally witnessed what occurred, and was pregnant with our first-born son at the time.**

**The purpose of this demand is not simply to obtain airline status. After what occurred, I need meaningful assurance from Delta that I will never again be subjected to this type of treatment while traveling with the airline. As part of resolving this matter, I am therefore demanding that Delta provide written assurance that it will take appropriate internal measures to ensure that its employees are aware of what occurred and that I am treated appropriately and with the highest level of care on all future Delta travel.**

**Delta 360' Status for both myself and my wife is an important part of that assurance, as it would provide us with an elevated level of recognition and service when traveling with Delta and help ensure that an incident like this never happens to us again.**

**JURY DEMAND**

**I demand a trial by jury on all issues triable by jury.**

**Respectfully submitted**

**Mordechai Eisenbach**
**Plaintiff Pro Se**

**Signature**

**Address 2619 Milton Road**

**City, State, ZIP University Heights OHIO 44118**

**Phone # (414) 617-4957**

**Email Mobach107@gmail.com**

**Date 8/13/2026**

Gmail charles eisenbach <ceunited@gmail.com>

**Delta.com Feedback Submission [ref:!00D1a0Y3af.!500RO09Mb29:ref]**

**Delta Air Lines** <wecare@delta.com> Sun, Apr 28, 2024 at 9:24 AM
To: ceunited@gmail.com <ceunited@gmail.com>

DELTA

Hello Mordechai,

RE: Case 09894469

While we continue to be the world's most awarded airline, we know there is always room for improvement. Delta Air Lines commitment to listening and responding to your input remains core to who we are. Delta does not discriminate nor condone discrimination towards a person or group for any reason. As a global carrier with a diverse workforce, serving a diverse customer base, we are committed to treating all passengers equally.

I've reviewed your concerns on our flight DL1962 from CUN to ATL on April 16th 2024. I sincerely apologize for this experience. We could have done a much better job in how this experience was handled in providing you with a better travel experience.

Your flight reservation did show that wheel chair assistance was present in your reservation. It was our responsibility to provide assistance to and from the the door of the aircraft. As a result, our investigation show a violation of 14CFR, Part 382 occurred and Be assured appropriate action will be taken through education and counseling to ensure a similar situation is not repeated. Please know that your concerns are being properly reviewed and appropriately addressed to not only our Inflight Leadership team but the vendor at that airport as well.

It's clear this was a frustrating situation, and I am sincerely sorry for your disappointment in the service you received. We understand we disappointed you. While we cannot conclude there was any discriminatory intent, we have reported this to our employee's leadership, and I assure you this will be handled internally, and the appropriate action taken.

We would never want to show you any unkindness or disrespect and I am sorry you were given such a poor impression of Delta Air Lines.; as we want to ensure our valued passengers are always treated with the utmost care, respect, and gracious hospitality we're known for. Please know that your feedback is invaluable to helping us improve all areas of our operations.

We always expect our employees to be helpful, courteous and professional always and it is our policy not to discriminate against any customer based on age, race, religion, sex, sexual orientation, national origin or disability. We are grateful for your loyalty and thank you for bringing this matter to our attention. Your satisfaction and continued support are important to us. We'll continue to do our best going forward and hope, in time, to have an opportunity to restore your trust in our service.

Mordechai, we value and appreciate your business and continued loyalty. While it's clear we didn't meet your expectations on this occasion, we are grateful appreciate that you chose Delta for your travel needs. Please accept our apology for the poor impression you received, and we hope you will find it in your heart to give Delta another opportunity to regain your confidence in our service.

Regards,

Shawn F Russell
Customer Care

Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:!00D1a0Y3af.!500RO09Mb29:ref]

--------------- Original Message ---------------
**From:** charles eisenbach [ceunited@gmail.com]
**Sent:** 4/28/2024 8:22 AM
**To:** wecare@delta.com
**Subject:** [EXTERNAL] Re: Delta.com Feedback Submission [ref:!00D1a0Y3af.!500RO09Mb29:ref]

---

**This Message Is From an External Sender**
This message was sent from outside of Delta. DO NOT click links, open attachments, or interact with this email unless you recognize and trust the sender. If unsure, click Report Suspicious to notify Delta's Cyber Monitoring & Incident Response Team!

Report Suspicious

Or perhaps a phone call to further find out what happened?

Employees broke the law and violated the ADA act

Not even a word about an investigation on your end just trying to send me a 75 dollar voucher

Please respond appropriately with swift action or I will have not choice but to be adding my lawyer to this thread as my complaint is not being taken serious and you are further insulting me and my rights as a disabled passenger

On Apr 27, 2024, at 10:39 AM, Delta Air Lines <wecare@delta.com> wrote:

DELTA

Hello Mordechai,

RE: Case 09894469

Thank you for your additional comments concerning our recent exchange of correspondence. We try to be responsive when any problem is brought to our attention, and we regret you are disappointed with our reply.

The goodwill of our customers is very important to us, and we treat any report of customer dissatisfaction very seriously. Delta makes every effort to provide the highest possible standard of service in all areas of our operation, and we regret that we did not meet your expectations on this occasion. We monitor performance throughout our company, and your comments will be very helpful.

I would like to mention that we realize the $75 travel credit which we added to your account would not erase your displeasure over the circumstances you experienced. Instead, the credit was an effort to demonstrate our concern for the problems you encountered and the poor impression you received. Respectfully we are unable to honor your request for additional compensation. We hope you will give us an opportunity to regain your confidence.

Regards,

Shawn F Russell
Customer Care
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:!00D1a0Y3af.!500RO09Mb29:ref]

--------------- Original Message ---------------
**From:** charles eisenbach [ceunited@gmail.com]
**Sent:** 4/26/2024 4:02 PM
**To:** wecare@delta.com
**Subject:** [EXTERNAL] Re: Delta.com Feedback Submission [ref:!00D1a0Y3af.!500RO09Mb29:ref]

---

**This Message Is From an External Sender**
This message was sent from outside of Delta. DO NOT click links, open attachments, or interact with this email unless you recognize and trust the sender. If unsure, click Report Suspicious to notify Delta's Cyber Monitoring & Incident Response Team!

Report Suspicious

Still waiting on a response from my reply as I clearly stated we refuse the 75 dollar voucher and are insulted by it
Sent from my iPhone

On Apr 25, 2024, at 1:10 PM, charles eisenbach <ceunited@gmail.com> wrote:

We have always appreciated the service provided by Delta, but unfortunately, our recent encounter has left us profoundly disheartened.

During our recent trip, my husband, who has a disability, faced discrimination that was both distressing and unjust. The treatment he received was not only discriminatory but also deeply troubling, as it contradicts the values of inclusivity and equality that we expect from Delta.

Furthermore, the compensation offered by Delta, a mere $75, is not only insufficient (We are refusing it) but also insulting. It fails to acknowledge the severity of the situation and the emotional distress caused by the discriminatory treatment. It feels like a mere token gesture and does not address the underlying issue of discrimination that needs to be addressed.

We urge Delta to take immediate action to rectify this situation. This includes conducting a thorough investigation into the incident, implementing comprehensive training programs for staff to prevent future occurrences of discrimination, and offering a more appropriate and meaningful compensation package that reflects the gravity of the situation.

We believe that Delta has the opportunity to demonstrate its commitment to diversity, inclusion, and customer service by addressing this

issue promptly and effectively. We trust that Delta will take the necessary steps to ensure that no other passenger has to endure the discrimination and indignity that my husband experienced.
Sent from my iPhone

> On Apr 25, 2024, at 11:54 AM, Delta Air Lines [illegible] wrote:

DELTA

Hello Mordechai,

RE: Case 09894469

Thank you for taking the time to express your concerns about the level of service you received when you traveled on DL 1962 April 16th from Cancun to Atlanta. Let me begin by saying that we take your concerns very seriously and I am truly sorry for the inconveniences you were caused. We are fully committed to providing our customers with the excellent service you deserve and have every right to expect.

After reading your email, I certainly understand why you wanted to let us know about this situation and we sincerely apologize for the service you were provided. I would've been upset too. Like you, we expect our personnel to be always helpful and professional. Clearly this did not meet the standard of excellence we strive so hard to provide to our customers.

It is never our intent to inconvenience you on your travels. When we receive a report like yours, a copy is forwarded to our Inflight Leadership Team. Be assured appropriate action will be taken through education and counseling to ensure a similar situation is not repeated. Please know that your concerns are being properly reviewed and appropriately addressed.

We can't put a price on your experience and we can't take it back, but I'd really like for you to have a small gesture of goodwill on behalf of Delta. As a goodwill gesture, I'm issuing an Electronic Transportation Credit Voucher for $75.00. You'll receive the voucher number and associated Terms and Conditions in a separate email within 24 hours. (Check your spam folder if you don't see it in your inbox.) Please keep this email because you'll need the number to redeem the voucher.

Mordechai, you spend a lot of time with us and we sincerely regret your disappointment. Excellent customer service is the key to our success and your comments and observations are helpful in ensuring we maintain our goal of providing this level of service. We will make every effort to prevent anything similar from happening again. Please accept our apology for the poor impression, and we welcome further opportunities to be of service.

Regards,

Shawn F Russell
Customer Care
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:!00D1a0Y3af.!500RO09Mb29:ref]

Original Message

**From:** charles [illegible] [[illegible].com]
**Sent:** 4/25/2024 11:[illegible] AM
**To:** [illegible].com
**Subject:** [EXTERNAL] Re: Delta.com Feedback Submission [ref [illegible] ref]

---

**This Message Is From an External Sender**

This message was sent from outside of Delta. DO NOT click links, open attachments, or interact with this email unless you recognize and trust the sender. If unsure, click Report Suspicious to notify Delta's Cyber Monitoring & Incident Response team!

Report Suspicious

Upon arrival in Atl from
[illegible]

Sent from my iPhone

> On Apr 20, 2024, at 11:40 AM, Delta Air Lines <[illegible]delta.com> wrote:
>
> [illegible]

Date Received: 08/19/2026 10.50 AM

971, 981, 982, LEGAL DEPARTMENT
981 - Admin 4

USPS

Route:ADMIN (3RD, 4TH 5TH)

ADMIN

Routing #:IOFF2006?7

Certified Mailing Solutions, Inc. Designed & Patented by: WTC/US 10/174,711-2002 CERT-6x9CUST2